1

Jeremy T. Bergstrom, Esq.                                  E-filed on October 13, 2009

2  Attorney Bar No. 6904
MILES, BAUER, BERGSTROM & WINTERS, LLP

3  2200 Paseo Verde Pkwy., Suite 250
Henderson, NV  89052

4  (702) 369-5960 / FAX (702) 369-4955
File No. 09-95429

5

Attorneys for Secured Creditor

6  BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING,
LP

7

**UNITED STATES BANKRUPTCY COURT**

8  **DISTRICT OF NEVADA**

9  In Re,                                              BK No.: BK-S-09-27852-MKN

10  ALLEN SAYADYAN,                                     Chapter 13

11            Debtor(s).                           **REQUEST FOR SPECIAL NOTICE**

12  TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE
ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

13
          PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and

14
Bankruptcy Rules, Secured Creditor, BAC HOME LOANS SERVICING, LP FKA

15
COUNTRYWIDE HOME LOANS SERVICING, LP, requests that all notices given in this case

16
and all papers served or required to be served in this case (including, but not limited to, Notice

17
for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be

18
given to and served upon the undersigned at the following address and telephone number.

19
          Jeremy T. Bergstrom, Esq.

20        MILES, BAUER, BERGSTROM & WINTERS, LLP
          2200 Paseo Verde Pkwy., Suite 250

21        Henderson, NV  89052
          PH (702) 369-5960

22
                              MILES, BAUER, BERGSTROM & WINTERS, LLP

23
Dated:    October 12, 2009     By:    /s/ Jeremy T. Bergstrom, Esq.

24                                     Jeremy T. Bergstrom, Esq.
                                       Attorney for Secured Creditor

1

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on   October 13, 2009            , a copy of the

**Request for Special Notice** was mailed to all interested parties in this proceeding by placing a

true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United

States Mail, addressed as follows:

DEBTOR:
Allen Sayadyan
7014 Encore Way
Las Vegas, NV.  89119

CHAPTER 13 TRUSTEE:
Kathleen A. Leavitt
201 Las Vegas Blvd S. Ste. 200
Las Vegas, NV  89101

I declare under penalty of perjury under the laws of the State of Nevada that the

foregoing is true and correct.

              /s/     Michelle L. Benson
              An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(09-95429/rfsnlv.dot/mlb)**

2