Electronically Filed on _____

Gregory L. Wilde, Esq.
WILDE & ASSOCIATES
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Attorneys for Secured Creditor, HSBC Bank USA, National Association as Trustee for MortgageIT Securities Corp. Mortgage Loan Trust Series 2007-1, Mortgage Pass-Through Certificates.
09-76724 / 1158070100

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Alley Sayadyan<br><br><br>Debtor. | No. 09-27852-mkn<br><br>Chapter 13<br><br><br>**EX-PARTE APPLICATION FOR AN ORDER PURSUANT TO 362(c)(3)(A)** |

HSBC Bank USA, National Association as Trustee for MortgageIT Securities Corp.

Mortgage Loan Trust Series 2007-1, Mortgage Pass-Through Certificates by and through counsel undersigned, requests from this Court an Order Confirming that the Automatic Stay of 11 U.S.C. § 362 has not arisen with respect to the Debtor due to the multiple filings as evidenced below.

This Motion is supported by the following Memorandum of Points and Authorities.

### MEMORNAUDM OF POINTS AND AUTHORITIES

1. HSBC Bank USA, National Association as Trustee for MortgageIT Securities Corp. Mortgage Loan Trust Series 2007-1, Mortgage Pass-Through Certificatesis the holder in due course of a Promissory Note executed and delivered by Alley Sayadyan on or about February 26, 2007 in the original sum of $528,000.00. The HSBC Bank USA, National Association as Trustee for MortgageIT Securities Corp. Mortgage Loan Trust Series 2007-1, Mortgage Pass-Through Certificates Note is secured by a Deed of Trust dated February 26, 2007 and recorded as a first position at the Los Angeles County, California Recorder's Office, Instrument Number 20070474744. The Deed of Trust secures a first lien position against the real property generally described as:

> LOT 64 OF TRACT NO, 18967, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 552, PAGE 7 TO 9 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Commonly described as: 10031 Cabanas Ave., Tejunga, CA 91042

2. A true and a correct copy of the HSBC Bank USA, National Association as Trustee for MortgageIT Securities Corp. Mortgage Loan Trust Series 2007-1, Mortgage Pass-Through CertificatesNote and Deed of Trust are attached hereto, marked Exhibits "A" and "B"

and incorporated herein by reference for all purposes.

3. The Debtor filed the instant case on September 24, 2009.

4. Prior to the filing of the present case, Debtor filed an additional case within a one-year period as follows: Case# 09-23676 filed on June 2, 2009 in the District of California. This case was voluntarily dismissed on June 25, 2009 by the debtor.

5. Prior to the filing of the present case, Debtor filed an additional case within a one-year period as follows: Case# 09-28045 filed on July 14, 2009 in the District of California. This case was voluntarily dismissed on September 9, 2009.

6. Secured Creditor requests that the Court enter an Order confirming that there is no Automatic Stay affecting Secured Creditor with respect to the Debtor.

7. Bankruptcy Code Section 362(c)(3)(A) provides as follows:

> If a single or joint case is filed by or against Debtor who is an individual in a case under Chapter 7, 11, or 13, and if a single or joint case of the Debtor was pending within the preceding one year period but was dismissed, other than a case we filed on a Chapter other than Chapter 7 after dismissal under Section 707(b), (a) the stay under subsection a with respect to any action taken with respect to a debt or property securing such debt or with respect to any lease shall terminate with respect to the Debtor on the 30th day after the filing of the later case.

Further, Bankruptcy Code Section 362(j) allows a party to request such "**an order under subsection (c) confirming that the automatic stay has been terminated.**"

8. As stated above, Debtor was a Debtor in a prior case pending within a preceding one year period of time prior to the institution of the present case, and that prior case has been dismissed. The Debtor did not seek an order to extend the automatic stay. Thus, the automatic stay as section 362 expired on the 30th day after the filing of this present case.

9.    Secured Creditor, HSBC Bank USA, National Association as Trustee for MortgageIT Securities Corp. Mortgage Loan Trust Series 2007-1, Mortgage Pass-Through Certificatesrequests an order from the Court confirming that the Automatic Stay has expired in this case as to Secured Creditor HSBC Bank USA, National Association as Trustee for MortgageIT Securities Corp. Mortgage Loan Trust Series 2007-1, Mortgage Pass-Through Certificates and that Secured Creditor may proceed with foreclosure and eviction with respect to the subject property described herein.

WHEREFORE, for all of the foregoing reasons, HSBC Bank USA, National Association as Trustee for MortgageIT Securities Corp. Mortgage Loan Trust Series 2007-1, Mortgage Pass-Through Certificatesrequests the Court to enter an Order confirming that the Automatic Stay is not in effect with respect to the Debtor of the subject property described in this motion.

Respectfully submitted, this _____ day of December, 2009.

WILDE & ASSOCIATES

By: _____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
208 S. Jones Boulevard
Las Vegas, NV  89107

| | |
|---|---|
| 1 | Copies of the foregoing mailed this |
| 2 | |
| 3 | __8th__ day of __January__, 20__10__, to: |
| 4 | |
| 5 | Alley Sayadyan<br>7014 Encore Way |
| 6 | Las Vegas, NV NV 89119<br>Debtor |
| 7 | |
| 8 | GE Money Bank<br>c/o Recovery Management Systems Corp. |
| 9 | Attn: Managing Agent<br>25 SE 2nd Avenue, Suite 1120 |
| 10 | Miami, FL 33131-1605<br>"Via Certifed Mail" |
| 11 | |
| 12 | Jeremy T. Bergstrom, Esq.<br>MILES, BAUER, BERGSTROM & WINTERS, LLP |
| 13 | 2200 Paseo Verde Pkwy., Suite 250<br>Henderson, NV 89052 |
| 14 | PH (702) 369-5960 |
| 15 | |
| 16 | Kathleen A Leavitt<br>201 Las Vegas Blvd., So. #200 |
| 17 | Las Vegas, NV  89101<br>Trustee |
| 18 | |
| 19 | |
| 20 | |
| 21 | By: _Jamie Allen_ |
| 22 | |