Entered on Docket
January 21, 2010

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**
_____

Gregory L. Wilde, Esq.
WILDE & ASSOCIATES
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
bk@wildelaw.com

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Attorneys for Secured Creditor, HSBC Bank USA, National Association as Trustee for MortgageIT Securities Corp. Mortgage Loan Trust Series 2007-1, Mortgage Pass-Through Certificates.
09-76724 / 1158070100

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br>Alley Sayadyan<br><br><br><br><br>Debtors. | BK-09-27852-mkn<br><br>Date:  N/A<br>Time: N/A<br><br>Chapter 13 |

**ORDER CONFIRMING THAT THE AUTOMATIC STAY IS NOT IN EFFECT AS TO SECURED CREDITOR, HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR MORTGAGEIT SECURITIES CORP. MORTGAGE LOAN TRUST SERIES 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES**

      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings does NOT affect Secured Creditor, HSBC Bank USA, National Association as Trustee for MortgageIT Securities Corp. Mortgage Loan Trust Series 2007-1, Mortgage Pass-Through Certificates.

      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Secured Creditor, HSBC Bank USA, National Association as Trustee for MortgageIT Securities Corp. Mortgage Loan Trust Series 2007-1, Mortgage Pass-Through Certificates may proceed with the foreclosure and subsequent eviction action against Debtor and the subject property described as follows:

LOT 64 OF TRACT NO, 18967, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 552, PAGE 7 TO 9 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Commonly described as: 10031 Cabanas Ave., Tejunga, CA 91042

DATED this _____ day of _____ 2009

Submitted by:

**WILDE & ASSOCIATES**

By: _____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107